United States District Court
Southern District of Texas
**ENTERED**
September 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ANGEL BANDA,<br>    Petitioner,<br><br>v.<br><br>LORIE DAVIS, *Director, Texas Department of Criminal Justice*,<br>    Respondent. | §<br>§<br>§<br>§ Civil Action No. 1:16-cv-060<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Banda's § 2254 Petition for Writ of Habeas Corpus (Docket No. 1) is **DISMISSED** as time-barred by the Antiterrorism and Effective Death Penalty Act's one-year statute of limitations. Accordingly, Respondent's Motion for Summary Judgment (Docket No. 11) is **DISMISSED** as moot. A certificate of appealability shall not issue.

Signed on this 6th day of September, 2016.

Rolando Olvera
United States District Judge